UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RONALD JAMES DAVENPORT,

  Plaintiff,

  v.

ROBERT FISCHER, ET AL,

  Defendants.

NO. 2:14-cv-358-JLQ

ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION; CLOSING FILE

BEFORE THE COURT is Magistrate Judge John T. Rodgers' Report and Recommendation to Close File (ECF No. 6) on Ronald James Davenport's Original Bill in Equity, which was filed on November 26, 2014. Mr. Davenport filed this action against his former defense and appellate attorneys who represented him in connection with a federal prosecuted for filing false liens against officers and employees of the federal government, 18 U.S.C. § 1521. On December 26, 2014, Mr. Davenport filed an incomplete Application to Proceed *In Forma Pauperis*. Magistrate Rodgers entered an Oder denying the application, which explained how Mr. Davenport could remedy the defects and directed that he do so within thirty days. No action was taken by Mr. Davenport. Magistrate Rodgers filed his Report and Recommendation to Close File on January 20, 2015. Mr. Davenport has not responded to the Order or Report and Recommendation.

Fed.R.Civ.P. 72 states that a party has 14 days after being served a copy of a dispositive Report and Recommendation to file written objections. If no objections are

ORDER - 1

filed, then the district court need only satisfy itself that there is no clear error on the face of the record in order to accept the Report and Recommendation. *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974). The court finds no clear error and therefore adopts Magistrate Rodgers' Report and Recommendation and orders the file closed.

**IT IS HEREBY ORDERED:**

1. Magistrate Rodgers' Report and Recommendation to Close File (ECF No. 6) is **ADOPTED**.

2. Mr. Davenport's Bill in Equity (ECF No. 1) is **DISMISSED** and this file is **CLOSED**.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order, furnish a copy to Mr. Davenport, and close this file.

**DATED** this 10th day of February, 2015.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE